# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**DANIEL G JONES,**

    **Plaintiff,**

**v.**                                                             **CASE NO. 4:06-cv-00213-RH-AK**

**NINGYI HUANG,**
**AMY KIRKLAND,**

    **Defendants.**

_____/

## O R D E R

This matter is before the Court on Plaintiff's Second Motion for Default. (Doc. 11). The motion is **DENIED** for the reasons the previous motion for default was denied. (<u>See</u> Doc. 8).

**DONE AND ORDERED** this **16th** day of August, 2006

                                    **s/ A. KORNBLUM**
                                    **ALLAN KORNBLUM**
                                    **UNITED STATES MAGISTRATE JUDGE**