# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**DANIEL JONES,**

    **Plaintiff,**

**vs.**                                                              **CASE NO. 4:06CV213-RH/AK**

**NINGYI HUANG, et al,,**

    **Defendants.**

    _____/

## O R D E R

Presently before the Court in the above entitled action is Plaintiff's motion requesting a subpoena to obtain his medical records. (Doc. 35). First, Plaintiff does not need a subpoena to request his medical records, he may request his medical records from the Defendants pursuant to Rule 34, Federal Rules of Civil Procedure. Second, Defendant Amy Kirkland has filed a special report, which as been docketed now as a motion for summary judgment, and attached the pertinent medical records. (Doc. 26). Thus, if Plaintiff can explain to the Court what medical records he needs that have not been produced by the defendants already he may file an additional motion for discovery, including said explanation, and attach the proposed Request for Production of Documents.

Accordingly, it is

**ORDERED:**

Plaintiff's motion for subpoena (doc. 35) is **DENIED**, but without prejudice to Plaintiff's right to again move for discovery if he can show his need for medical records not previously produced.

**DONE AND ORDERED** this *6th* day of April, 2007.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**

**No. 4:06cv319-rh/ak**