IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DANIEL G. JONES,**

    Plaintiff,

vs.                                      CASE NO. 4:06CV213-RH/AK

**DR. NINGYI HUANG, et al,**

    Defendants.

_____/

## ORDER OF DISMISSAL

Presently before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice. (Doc. 55). The time to object to this "notice" or otherwise respond thereto has expired without a response from the Defendants. Consequently, the request (doc. 55) is **GRANTED**, and this cause is **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** this *6th* day of December, 2007.


                                            *s/ A. KORNBLUM*
                                            **ALLAN KORNBLUM**
                                            **UNITED STATES MAGISTRATE JUDGE**